UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-61864-CIV-COHN/SELTZER

JULIUS SEILER,

    Plaintiff,

v.

THREE MEATHEADS LLC d/b/a
POMPERDALE DELI, and EAST
COMMERCIAL BOULEVARD
PROPERTY LLC,

    Defendants.
_____/

## ORDER DISMISSING CASE

**THIS CAUSE** is before the Court upon the parties' Stipulation of Dismissal with Prejudice [DE 13] ("Stipulation"). The Court has reviewed the Stipulation and the record in this case, and is otherwise advised in the premises. It is thereupon

**ORDERED AND ADJUDGED** that the Stipulation of Dismissal with Prejudice [DE 13] is **APPROVED**. This action is **DISMISSED with prejudice**, with each party to bear its own costs and attorneys' fees, except as the parties have otherwise agreed. The Clerk of Court is directed to **CLOSE** this case and **DENY as moot** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 12th day of September, 2016.

_____
JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF